JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL ALEJANDRO RUBIERA TICE, as an individual on behalf of himself and on behalf of all others similarly situated,<br><br>　　　Plaintiff,<br><br>v.<br><br>AMERICAN MEDICAL RESPONSE OF SOUTHERN CALIFORNIA, a California corporation; AMERICAN MEDICAL RESPONSE OF INLAND EMPIRE, a California corporation; AMERICAN MEDICAL RESPONSE OF SAN DIEGO, INC., a California corporation; AMERICAN MEDICAL RESPONSE WEST, a California corporation; and DOES 1-100, inclusive,<br><br>　　　Defendants. | Case No. 5:23-cv-00611 JGB (KKx)<br><br>[CLASS ACTION]<br><br>**ORDER REMANDING ACTION TO CALIFORNIA SUPERIOR COURT**<br><br>Compl. served:　　Mar. 8, 2023<br>Action removed:　　Apr. 7, 2023 |

Having considered the parties' stipulation to remand this action to the California Superior Court for the County of Riverside, the Court hereby GRANTS the stipulation and ORDERS as follows:

1. Central District of California case no. 5:23-cv-00611 JGB (KKx) is hereby remanded to the California Superior Court for the County of Riverside;

2. All pending deadlines and dates are vacated; and

3. The parties shall each bear his or its own attorneys' fees and costs with respect to the removal and subsequent remand of the action.

IT IS SO ORDERED.

DATED: June 28, 2023

_____
Hon. Jesus G. Bernal
UNITED STATES DISTRICT JUDGE